JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| F U E Hair Clinic, Inc., a California Corporation d/b/a LA FUE HAIR CLINIC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Barber Surgeons Guild PC, a California corporation; Barber Surgeons, Inc., a California corporation, Justin Rome, an individual; and DOES 1-10,<br><br>　　　　Defendants. | Case No. 2:23-cv-08171-AB-MAAe<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: March 6, 2025

_____
HONORABLE ANDRÉ B ROTTE JR.
UNITED STATES DISTRICT JUDGE

1.